[Nos. 24415-2-II; 24505-1-II.   Division Two.   February 25, 2000.]

MARINE VIEW, INC., *Respondent*, v. BOULEVARD EXCAVATING, INC., *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 97-2-07939-5 and 99-2-05712-6, Terry D. Sebring and Frederick W. Fleming, JJ., entered January 29 and March 19, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Hunt, JJ.

[No. 42041-1-I.   Division One.   February 28, 2000.]

DR. J. ARTHUR STEWART, ET AL., *Appellants*, v. WASHINGTON STATE BOUNDARY REVIEW BOARD FOR KING COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-18583-1, Michael Hayden, J., entered December 29, 1997. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Webster and Becker, JJ. Now published at 100 Wn. App. 165.

[No. 42372-0-I.   Division One.   February 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RUEBEN HINTON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01271-1, Richard J. Thorpe, J., entered March 17, 1998. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Webster and Appelwick, JJ.

[No. 42758-0-I.   Division One.   February 28, 2000.]

DÉJÀ VU-LYNNWOOD, *Appellant*, v. THE CITY OF TUKWILA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-06900-9, Robert H. Alsdorf, J., entered February 9, 1998. *Reversed* by unpublished opinion per Becker, J., concurred in by Kennedy, C.J., and Webster, J.